UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMANTHA BATES,

    Plaintiff(s),

v.

TOWNSHIP OF VAN BUREN,

    Defendant(s).
_____/

Case No.02-73692

HONORABLE AVERN COHN

## JUDGMENT

For the reasons stated in the Court's Memorandum and Order entered and filed on this date, the Defendant's Motion for Summary Judgment is GRANTED and the Plaintiff's Cross Motion for Summary Judgment is DENIED. Judgment is entered in favor of the Defendant and the case is DISMISSED.

DAVID WEAVER

Dated: July 25, 2005

By: s/ Julie Owens
Deputy Clerk